**Order filed September 5, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00838-CV
_____

**MATTHEW KENDALL AND KENDALL ACQUISITION COMPANY, LLC, Appellants**

**V.**

**TURN-KEY SPECIALIST, INC. AND JAMES T. LEWELLEN, INDIVIDUALLY AND JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2012-72621**

---

## ORDER

This is an appeal from a judgment signed July 22, 2016. Appellee Turn-Key Specialist, Inc. petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 18-33170. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this

court received notice of appellant's bankruptcy filing, on July 2, 2018, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On August 13, 2019, appellants Matthew Kendall and Kendall Acquisition Company, LLC filed a motion to dismiss appellee Turn-Key Solutions, Inc. from the appeal. *See* Tex. R. App. P. 42.1. Appellants' motion is granted. Appellee, Turn-Key Solutions, Inc., is ordered dismissed from the appeal. Appellants' appeal continues against appellee James T. Lewellen.

On August 14, 2019, appellants filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(b). Appellants' motion to reinstate is granted. Accordingly, the case is ordered reinstated and placed on the court's active docket.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.